[No. 3,757.]

## HENRY HANCOCK v. C. E. THOM.

PRACTICE—PROCEEDINGS BEFORE THE CODE.—Proceedings had and deter-
mined prior to the taking effect of the Code will, on appeal, be decided in
accordance with the former Practice Act.

APPEAL FROM ORDER DENYING A NEW TRIAL.—On an appeal from an
order denying a new trial, made before the Code took effect, there must be
a statement filed and settled, or an identification of the affidavits used.

APPEAL from the District Court, Seventeenth Judicial Dis-
trict, County of Los Angeles.

The plaintiff brought the action for one thousand six hun-
dred dollars, the value of professional services as an attorney
at law; judgment was rendered in his favor for twenty-six
dollars and thirty cents without costs; he moved for a new
trial, which was refused, and he appealed from the order
refusing it.

The other facts are stated in the opinion.

*C. G. W. French* and *Henry Hancock,* for Appellant.

*Thom & Ross* and *H. K. S. O'Melveny,* for Respondent.

By the COURT:

The application for a new trial was made and denied before
the Code of Civil Procedure took effect, and must therefore
be determined by the provisions of the former Practice Act.

There is no statement filed or settled—nothing is found in
the record by which it can be even imagined that the motion
was supported, except a fugitive affidavit, in which a general
history of the case is detailed; but this affidavit bears no
identification as having been used at the hearing of the
motion in the Court below.　No error appearing in the
action of the Court, the order denying a new trial must be
affirmed here, and it is so ordered.　Remittitur forthwith.